UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CR00317-KDB-DCK-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| VICTOR MIGUEL VENEGAS RODRIGUEZ, | ) | |
| Defendant, | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **VICTOR MIGUEL VENEGAS RODRIGUEZ**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: September 21, 2021

Kenneth D. Bell
United States District Judge